Filed 11/20/20 Cornerstone Realty Advisors v. Summit Healthcare Reit CA4/3

**CERTIFIED FOR PUBLICATION**

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

FOURTH APPELLATE DISTRICT

DIVISION THREE

| | |
|---|---|
| CORNERSTONE REALTY ADVISORS LLC et al., <br><br> Plaintiffs and Respondents, <br><br> v. <br><br> SUMMIT HEALTHCARE REIT, INC., et al. <br><br> Defendants and Appellants; <br><br> WINGET SPADAFORA & SCHWARTZBERG, LLP, <br><br> Objector and Respondent. | G057176 <br><br> (Super. Ct. No. 30-2014-00714004) <br><br> ORDER MODIFYING OPINION AND DENYING MOTION FOR LEAVE TO INTERVENE; NO CHANGE IN JUDGMENT |

It is ordered that the opinion filed herein on October 28, 2020 be modified as follows:

1. On page 9, delete the heading "*False Declaration*" to subpart C. and replace it with "*Nuutinen Declaration.*"

2. On page 9, fourth full paragraph, delete the sentence "Nuutinen made false statements in his declaration."

3. On page 9, fourth full paragraph, third sentence, delete "The truth" and replace it with "This information" so that the sentence reads:

This information was learned in the deposition of the person whom Plaintiffs had designated as most knowledgeable—Terry Roussel, the founder and majority owner of both CRA and CVI.

The modifications do not change the judgment.

The motion by Arto J. Nuutinen for leave to intervene to request modification and/or depublication of opinion is denied.


FYBEL, J.

WE CONCUR:


_____
ARONSON, ACTING P. J.


THOMPSON, J.